ANNIE P. RICE, Appellant, *v.* AUGUSTUS M. PRICE, as Executor of and Trustee under the Will of JOHN N. SMITH, Deceased, et al., Respondents.

*Rice* v. *Price,* 137 App. Div. 894, appeal dismissed.
(Argued November 14, 1910; decided November 22, 1910.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial

department, entered March 9, 1910, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term in an action to have certain deeds declared void.

The motion was made upon the grounds that the Appellate Division had unanimously decided that the findings of fact were supported by the evidence ; that no question of law was involved and that the exceptions were frivolous.

*David F. Manning* for motion.

*Robert P. Honeyman* opposed.

Motion granted and appeal dismissed, with costs, and ten dollars costs of motion.